IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL BRITT HODGES                                                                PETITIONER
ADC #106398

V.                                      NO.  5:07cv00062 SWW

LARRY NORRIS, Director,                                                              RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #2) is hereby denied, and Respondent's motion to dismiss (docket entry #8) is granted, thereby dismissing this action in its entirety, with prejudice.  Petitioner's motions for production, for partial summary judgment, and for default judgment (docket entries #4, #5, #13) are denied.

IT IS SO ORDERED this 3rd day of January 2008.

/s/Susan Webber Wright
 UNITED STATES DISTRICT JUDGE